UNITED STATES DISTRICT COURT                               JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 23-8509-JFW(Ex)**                                                Date:  July 11, 2024

Title:  Itati Lopez -v- Giorgio Armani Corp., et al.

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
             None                                                                              None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

In the Court's Scheduling and Case Management Order ("CMO"), filed on November 1, 2023 (Docket No. 14), the Court set June 3, 2024, as the last day to conduct a Settlement Conference/Mediation, and June 7, 2024, as the last day to file a Joint Report Re: Results of Settlement Conference/Mediation.  Based on the Court's review of the docket, it appears that the parties have violated the Court's CMO by failing to file a Joint Report Re: Results of Settlement Conference/Mediation by June 7, 2024, and by presumably failing to complete the Settlement Conference/Mediation by June 3, 2024.

As a result of the parties' failure to comply with the Court's CMO, this action is hereby **DISMISSED without prejudice**. *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

IT IS SO ORDERED.